```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**TYRA INGRID HALL,**              *
                                   *
    **Plaintiff,**              *
                                   *
vs.                                *  CIVIL ACTION 09-00627-B
                                   *
**MICHAEL J. ASTRUE,**             *
**Commissioner of**                *
**Social Security,**               *
                                   *
    **Defendant.**              *

### JUDGMENT

In accordance with the Order entered on June 29, 2010, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **29th** day of **June**, **2010**.

                                          **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**